[995 NYS2d 521]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. KNAPP, Appellant. (Appeal No. 2.)

Fourth Department, November 14, 2014

**APPEARANCES OF COUNSEL**

*Charles Marangola*, Moravia, for appellant.

*Jon E. Budelmann, District Attorney*, Auburn (*Christopher T. Valdina* of counsel), for respondent.

**OPINION OF THE COURT**

PERADOTTO, J.

Same opinion by PERADOTTO, J., as in *People v Knapp* (124 AD3d 36 [2014] [appeal No. 1]).

SMITH, J.P., VALENTINO, WHALEN and DEJOSEPH, JJ., concur.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law, that part of the omnibus motion seeking to suppress defendant's statements is granted, and a new trial is granted on count two of the indictment.